IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE A. CAMACHO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-05-949 |
| | § | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | § § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

As the Court has granted the United States Citizenship and Immigration Services Memorandum in Support of its Denial of Naturalization Under 8 U.S.C. § 1440 (Instrument No. 19) and denied Petitioner Jose A. Camacho's Petition for Review (Instrument No. 1), the Court hereby

ORDERS that final judgment be entered in favor of the United States Citizenship and Immigration Services.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 23rd day of August, 2005.

_____

DAVID HITTNER

United States District Judge